IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JESSICA A. LYONS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:08-0804 |
| | ) | Judge Trauger |
| THE METROPOLITAN GOVERNMENT | ) | |
| OF NASHVILLE AND DAVIDSON COUNTY, | ) | |
| TENNESSEE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the motion for summary judgment filed by the defendant is **GRANTED**. Pursuant to Rule 58 of the Federal Rules of Civil Procedure, entry of this order shall constitute the judgment in this action.

It is so Ordered.

Entered this 7th day of August 2009.

_____
ALETA A. TRAUGER
United States District Judge